93 A.3d 816

Carl L. COLLINS, Appellant

v.

John E. WETZEL, Appellee.

Supreme Court of Pennsylvania.

June 16, 2014.

## ORDER

PER CURIAM.

AND NOW, this 16th day of June, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**

93 A.3d 817

Karl BRADY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

June 16, 2014.

## ORDER

PER CURIAM.

AND NOW, this 16th day of June, 2014, the Order of the Commonwealth Court is hereby AFFIRMED.